In the Matter of RICHARD BOTENS et al., Appellants, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWNS OF CUBA AND OTHERS, Respondent.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ. [26 Misc 2d 158.]